UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN L. FREGOSI,<br><br>       Plaintiff,<br><br>  v.<br><br>TRIDENT SEAFOODS,<br><br>       Defendant. | CASE NO. C17-0848-RSL<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

  Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

  DATED this 9th day of June, 2017.

                  /s/ Mary Alice Theiler
                  Mary Alice Theiler
                  United States Magistrate Judge