The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JUSTIN LEE FREGOSI, | Case No. 2:17-cv-00848-RSL |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| TRIDENT SEAFOODS, | |
| | [~~PROPOSED~~] |
| Defendant. | |

Pursuant to the Parties' Stipulation of Dismissal with Prejudice, filed August 25, 2017, it is hereby ORDERED that this matter is dismissed with prejudice.

ORDERED this __31st__ day of August, 2017.

_____
The Honorable Robert S. Lasnik

[PROPOSED] ORDER OF DISMISSAL- 1
Case No. 17-cv-00848-RSL
4815-3166-5742v.1 0064929-000002

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2300
777 108th Ave. NE
Bellevue, WA 98004
206) 622-3150 · Fax: (206) 757-7700